\_\_\_ FILED  \_\_\_ RECEIVED
\_\_\_ ENTERED  \_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 08 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:16-CR-201-APG-NJK |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JESSICA YVETTE FIGUEROA, | |
| Defendant. | |

This Court found that Jessica Yvette Figueroa shall pay the in personam criminal forfeiture money judgment of $159,765 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 3; Plea Agreement, ECF No. 6; Arraignment and Plea, ECF No. 9; Preliminary Order of Forfeiture, ECF No. 10.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, \_\_\_U.S.\_\_\_, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $15,976.50.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jessica Yvette Figueroa the in personam criminal forfeiture money judgment of $15,976.50, not to be held jointly and severally liable with her codefendants and the collected money judgment amount between the codefendants is not to

///

exceed $3,300,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _August 8_, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2